IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SHANNON BROWN, | § | |
| | § | |
| *Plaintiff,* | § | SA-22-CV-00349-OLG |
| | § | |
| vs. | § | |
| | § | |
| DEFENSE COMMISSARY AGENCY, | § | |
| REDA MOXLEY, | § | |
| | § | |
| *Defendants.* | § | |

## ORDER RETURNING CASE TO DISTRICT COURT

On this day, the undersigned issued a Report and Recommendation and Order granting Plaintiff's motion to proceed *in forma pauperis*, ordering service of Plaintiff's Complaint on the Department of Defense, and recommending dismissal of Plaintiff's claims against Reda Moxley pursuant to 28 U.S.C. § 1915(e).  Accordingly, all matters referred to the Magistrate Judge have been considered and acted upon.

**IT IS THEREFORE ORDERED** that the above-entitled and numbered case is **RETURNED** to the District Court for all purposes.

SIGNED this 10th day of May, 2022.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE