FILED
August 22, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ps_____
                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SHANNON BROWN | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | )   CIVIL NO. SA-22-CV-349-OLG |
| | ) |
| | ) |
| DEFENSE COMMISSARY AGENCY | ) |
| | ) |
| Defendant | ) |

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION**

On this date the Court considered the report and recommendation of United States Magistrate Judge Elizabeth S. Chestney, filed in the above-styled and numbered cause on August 3, 2023. Docket no. 25. The parties were served with a copy of the recommendation, and no objections have been filed.[1] Where no party has objected to the Magistrate Judge's recommendation, the Court need not conduct a de novo review. Instead, the Court need only review the recommendation and determine whether it is either clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918 (1989). The Court has reviewed the recommendation and finds it is neither clearly erroneous nor contrary to law.

It is therefore ORDERED that the recommendation of United States Magistrate Judge Elizabeth S. Chestney (docket no. 25) is hereby ACCEPTED pursuant to 28

---

[1] A party desiring to object to a magistrate judge's findings and recommendations must file and serve written objections within 14 days after being served with the recommendations. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(2).

U.S.C. § 636(b)(1). It is further ORDERED that Defendant's motion to dismiss (docket no. 18) is GRANTED and all claims herein are DISMISSED as time-barred.

SIGNED and ENTERED on the 22 day of August, 2023.

ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE